JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. HUNT,<br><br>       Plaintiff,<br><br>   v.<br><br>KIEWIT INFRASTRUCTURE WEST CO. and KIEWIT PACIFIC COMPANY,<br><br>       Defendants.<br><br>   - and -<br><br>KIEWIT INFRASTRUCTURE WEST CO.,<br><br>       Plaintiff,<br><br>   v.<br><br>DAVID A. HUNT,<br><br>       Defendant. | Case No. CV 15-4649-GW(JPRx)<br><br>**JUDGMENT GRANTING KIEWIT'S MOTION FOR SUMMARY JUDGMENT ON DAVID HUNT'S CLAIMS**<br><br>Hearing Date: March 7, 2016<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu |

Defendant Kiewit Infrastructure West Co.'s Motion for Summary Judgment on David Hunt's Claims came on for hearing on March 7, 2016, the Honorable George H. Wu, United States District Judge, presiding.

1  Brian Stolzenbach of Seyfarth Shaw LLP appeared on behalf of Defendant
2  Kiewit. Wayne Smith, Victor George and Elvis Chan of the Law Office of Victor
3  George appeared on behalf of Plaintiff Hunt.
4  Having considered the moving and opposition papers, arguments of counsel
5  and all other matters presented to the Court, IT IS HEREBY ORDERED AND
6  ADJUDGED THAT:
7  Kiewit's Motion for Summary Judgment on David Hunt's Claims is
8  GRANTED, Plaintiff Hunt takes nothing, and Plaintiff Hunt's claims are dismissed
9  on the merits, and Defendant Kiewit recovers its costs.

**IT IS SO ORDERED.**

DATED: March 18, 2016  _____
The Honorable George H. Wu
United States District Judge

1

[PROPOSED] JUDGMENT GRANTING MOTION
FOR SUMMARY JUDGMENT ON DAVID HUNT'S CLAIMS

23980511v.2